United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYED NAZIM ALI,

    Plaintiff,

    v.

APPLE INC.,

    Defendant.

Case No. 18-cv-03945-RS

**JUDGMENT**

Pursuant to the order granting Defendant's motion to dismiss the First Amended Complaint with prejudice, issued concurrently with this order, the Court hereby enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED**.

Dated: 11/26/2018

RICHARD SEEBORG
United States District Judge