Name  SYED NAZIM ALI PRO SE
Address  65 WASHINGTON ST, SUITE # 225
City, State, Zip  SANTA CLARA
Phone  408-372-1150
Fax
E-Mail  alex@cyberlaw01.com

☐ FPD   ☐ Appointed   ☐ CJA   ☒ Pro Per   ☐ Retained

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

SYED NAZIM ALI

PLAINTIFF(S),

v.

APPLE, INC

DEFENDANT(S).

CASE NUMBER:

3:18-cv-03945-RS

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____SYED NAZIM ALI_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☐ Order (specify):
   Order Granting Defendant MTD

☒ Judgment (specify):
   Order Granting Defendant MTD

☐ Other (specify):

Imposed or Filed on ____11/26/18____. Entered on the docket in this action on  11/26/18  .

A copy of said judgment or order is attached hereto.

11/27/18
Date

Signature
☒ Appellant/ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

A-2 (01/07)                                        NOTICE OF APPEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SYED NAZIM ALI,

    Plaintiff,

v.

APPLE INC.,

    Defendant.

Case No. 18-cv-03945-RS

**JUDGMENT**

Pursuant to the order granting Defendant's motion to dismiss the First Amended Complaint with prejudice, issued concurrently with this order, the Court hereby enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: 11/26/2018

RICHARD SEEBORG
United States District Judge

# CERTIFICATE OF SERVICE

## VIA EMAIL/ U.S MAIL

I declare that:

I Syed Nazim Ali, am (resident of/employed in) the county of Santa Clara, California. I am over the age of eighteen years; my (business/residence) address is:
65 Washington St # 225, Santa Clara, CA 95050.

On **November 27, 2018**, I have served the following listed set of documents **via sending U.S Regular First Class Mail on below listed address** to the person identified as the Defendant representing law firm:

**NOTICE OF APPEAL**

> **Baker & McKenzie LLP**
> **Todd Kenneth Boyer**
> **660 Hansen Way**
> **Palo Alto, CA 94304**
>
> I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on this above date, at Santa Clara, California.

Type or print name; Syed Nazim Ali

Signature _____