## **CERTIFICATE OF SERVICE**

## **VIA EMAIL/ U.S MAIL**

I declare that:

I Syed Nazim Ali, am (resident of/employed in) the county of Santa Clara, California. I am over the age of eighteen years; my (business/residence) address is:
65 Washington St # 225, Santa Clara, CA 95050.

On **November 27, 2018**, I have served the following listed set of documents **via sending U.S Regular First Class Mail on below listed address** to the person identified as the Defendant representing law firm:

**NOTICE OF APPEAL**

    **Baker & McKenzie LLP**
    **Todd Kenneth Boyer**
    **660 Hansen Way**
    **Palo Alto, CA 94304**

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on this above date, at Santa Clara, California.

Type or print name; Syed Nazim Ali

Signature _____